UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KELLY GRACE AND JAMES GRACE, INDIVIDUALLY AND AS HUSBAND AND WIFE,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL SKIFF and SUPREME AUTO TRANSPORT, INC.,<br><br>    Defendants. | CASE NO.: 4:22-CV-00102 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing party Supreme Auto Transport, Inc., by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing party Supreme Auto Transport, Inc. appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1. Removal to the Southern District of Indiana, New Albany Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, New Albany Division, embraces the County of Lawrence, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On July 15, 2022, removing party Supreme Auto Transport, Inc. was served by certified mail with a Summons and Complaint in the above-entitled action. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3. On July 6, 2022, Plaintiffs Kelly Grace and James Grace (hereinafter "Plaintiffs") filed their Complaint in the above-entitled action against Defendants in the Lawrence County Circuit Court in the State of Indiana, Cause No. 47C01-2207-CT-000827, and is now pending therein.

4. On July 6, 2022, counsel for Plaintiffs filed an Appearance, Jury Demand and issued Summonses for the Defendants.

5. On July 8, 2022, counsel for Plaintiffs filed Certificates for Issuance of Summons for the Defendants.

6. On July 12, 2022, counsel for Plaintiffs filed a return of service for Supreme Auto Transport, Inc..

7. On July 18, 2022, counsel for Paul Skiff and Supreme Auto Transport, Inc. filed an Appearance, Jury Trial Demand, and Motion for Enlargement of Time.

8. On July 19, 2022, counsel for Auto-Owners Insurance Company filed an Appearance and Motion for Enlargement of Time.

9. On July 19, 2022, the court issued Orders on all Defendants' Motions for Enlargement of Time.

10. On July 20, 2022, counsel for Plaintiffs filed a return of service for Auto-Owners Insurance Company.

11. On July 28, 2022, counsel for Plaintiffs filed a Notice of Dismissal of Auto-Owners Insurance Company only.

12. On July 29, 2022, the court issued an Order of Dismissal as to Auto-Owners Insurance Company only.

13. No further proceedings have been had in the Lawrence County Circuit Court.

14. Pursuant to S.D. Ind. L.R. 81-2(d), Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

15. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

16. Plaintiffs are citizens of the State of Indiana.

17. Defendant Skiff is a citizen of the State of Michigan.

18. A corporation is a citizen of the state in which it is incorporate and in which it maintains its principal place of business. 28 U.S.C. § 1332(c).

19. Defendant Supreme Auto Transport, Inc. was and is an Oklahoma corporation with its principal place of business in Longmont, Colorado. Therefore, for diversity purposes, Supreme Auto Transport, Inc. is a citizen of the States of Oklahoma and Colorado.

20. There is complete diversity of citizenship between the parties named in this case.

21. Plaintiffs' Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

      a. Plaintiff Kelly Grace contends she sustained serious physical injuries, medical expenses, lost wages, and other damages as a result of the incident forming the basis of her Complaint.

      b. On August 4, 2022, Plaintiffs' counsel conveyed Plaintiffs' position that the case's value will exceed that amount if the parties are to continue litigation.

22. Based upon the injuries and damages alleged, Plaintiffs seek recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiffs of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

23. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, New Albany Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

24. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Complaint for Damages and Underinsured Motorist Benefits, or Alternative, Request and Notice of Arbitration; Appearance of R.T. Green, Collin W. Green, Letha A. Maier for Plaintiffs; Jury Demand; Summons to Paul Skiff; Summons to Auto-Owners Insurance Company; Summons to Supreme Auto Transport, Inc.; Certificate of Issuance of Summons – Auto-Owners; Certificate of Issuance of Summons – Paul Skiff; Certificate of Issuance of Summons – Supreme Auto Transport, Inc.; Return of Service for

Supreme Auto Transport, Inc.; Appearance of Lesley A. Pfleging and Lynsey F. David for Defendants Skiff and Supreme Auto Equipment Company; Jury Demand; Defendant's Motion for Enlargement of Time to File Responsive Pleading; Appearance of William J. Beggs for Auto-Owners Insurance Company; Motion for Extension of Time in Which to File Answer to Plaintiffs' Complaint; Order on Skiff and Supreme Auto Equipment Company' Motion for Enlargement of Time; Order on Auto-Owners Insurance Company's Motion for Extension of Time; Return of Service for Paul Skiff; Notice of Dismissal of Auto-Owners; Notice of Change of Address and E-Mails for counsel for Plaintiffs; Order of Dismissal without Prejudice of Auto-Owners Insurance Company, only.

25. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

26. A copy of this Notice of Removal has been filed in the Lawrence County Circuit Court and Plaintiffs have been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing party Supreme Auto Transport, Inc., by counsel, respectfully requests that the above-entitled action be removed from the Lawrence County Circuit Court to the United States District Court for the Southern District of Indiana, New Albany Division.

LEWIS WAGNER, LLP


By: /s/ Lynsey F. David
LESLEY A. PFLEGING, #26857-49A
LYNSEY F. DAVID, #32594-49
*Counsel for Defendants, Paul Skiff and Supreme Auto Transport, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 11, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

R.T. Green
Collin W. Green
Letha A. Maier
TEAM GREEN LAW
6602 East 75th Street
Suite 505
Indianapolis, IN  46250
cgreen@teamgreenlaw.com
rtgreen@teamgreenlaw.com
lmaier@teamgreenlaw.com
jbradley@teamgreenlaw.com
dmitchell@teamgreenlaw.com
***Counsel for Plaintiff***

                                            By: */s/ Lynsey F. David*
                                                LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone:   317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com